THE STATE EX REL. STROTHERS, APPELLANT, *v.* GORDEN, MAYOR, APPELLEE.

[Cite as *State ex rel. Strothers v. Gorden* (1998), 83 Ohio St.3d 436.]

(No. 98–1208—Submitted August 19, 1998—Decided October 28, 1998.)

*Gerald O. Strothers, Jr., pro se.*

The judgment of the court of appeals is affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.